DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of I. F., minor child,

Z.G.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES
and GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-2372

_____

March 15, 2024

Appeal from the Circuit Court for Pinellas County; Christopher Labruzzo, Judge.

Michelle Bui of The Bui Law Office, Tampa, for Appellant.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda Victoria Glass, Senior Attorney, Tallahassee, for Appellee, Guardian Ad Litem.

Bruce Bartlett, State Attorney and Leslie M. Layne, Assistant State Attorney, Clearwater, for Appellee, Department of Children and Families.

PER CURIAM.

Affirmed.

CASANUEVA, LUCAS and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication